Gillian L. Wade (SBN 229124)
gwade@milsteinadelman.com
MILSTEIN, ADELMAN, JACKSON, FAIRCHILD & WADE, LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
Telephone: (310) 396-9600

Scott J. Ferrell (SBN 202091)
sferrell@trialnewport.com
NEWPORT TRIAL GROUP
4100 Newport Place, Suite 800
Newport Beach, CA 92660-
Telephone: (949) 706-6464
Facsimile:   (949) 706-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTYNE HANBERG**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**DRUGSTORE.COM, INC.**, a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 8:16-cv-00523-DMG-JEM<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a) WITH PREJUDICE**<br><br>Complaint Served: March 24, 2016<br><br>Honorable Dolly M. Gee |

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (A) WITH PREJUDICE

TO THE COURT, ALL COUNSEL AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT:

1. This action is dismissed by Plaintiff Kristyne Hanberg in its entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a).

2. All parties shall bear their own attorneys' fees and costs.

NEWPORT TRIAL GROUP, APC

By: _____
Scott J. Ferrell
Attorneys for Plaintiff
Kristyne Hanberg

REED SMITH LLP
A limited liability partnership formed in the State of Delaware